EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | Querella |
|---|---|
| Ramiro Luis Colón Muñoz | 99 TSPR 174 |

Número del Caso: TS-3501

Fecha: 27/10/1999

Oficina del Procurador General: Lcda. Cynthia Iglesias Quiñones

Abogados de la Parte Querellada: Por Derecho Propio

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ramiro Luis Colón Muñoz          TS-3501

PER CURIAM

San Juan, Puerto Rico, a 27 de octubre de 1999.

El Lcdo. Ramiro Luis Colón Muñoz fue admitido al ejercicio de la abogacía y el notariado en febrero de 1970.

En 1995, se formularon en el Tribunal de Distrito Federal de Puerto Rico las acusaciones correspondientes contra Colón Muñoz por la imputada comisión de varios delitos graves, entre ellos el de fraude bancario y el de falsificación.

Luego del juicio correspondiente ante el tribunal federal, éste fue encontrado culpable de once cargos presentados por la Fiscalía Federal. El 20 de abril de 1998, el Tribunal de Distrito Federal de Puerto Rico condenó a Colón Muñoz a cumplir 21 meses de cárcel en una institución de reclusión federal. Lo condenó, además, a que luego de que

cumpla el período de prisión, Colón Muñoz permanezca en libertad supervisada por un término de dos años; Colón Muñoz también fue condenado a pagar la cantidad de $20,000 de multa para costear los gastos de su encarcelación y supervisión.

El 1 de octubre de 1999, la Corte de Apelaciones del Primer Circuito Federal confirmó la convicción de Colón Muñoz en cuanto a cinco de los once cargos referidos antes, incluyendo los relativos a los delitos graves de fraude bancario y de dar declaraciones falsas en unas solicitudes de préstamos.

El Procurador General compareció ante nos el 14 de septiembre y el 15 de octubre de 1999 para informarnos los hechos antes relatados, y para presentar la querella correspondiente contra Colón Muñoz.

I

La sección 9 de la Ley de 11 de marzo de 1909, 4 L.P.R.A. sec. 735, en lo pertinente dispone lo siguiente:

> "La persona que siendo abogado fuere convicta de un delito grave cometido en conexión con la práctica de su profesión o que implique depravación moral, cesará convicta que fuere, de ser abogado o de ser competente para la práctica de su profesión. A la presentación de una copia certificada de la sentencia dictada a la Corte Suprema, el nombre de la persona convicta será borrado, por orden de la Corte, del registro de abogados. Al ser revocada dicha sentencia, o mediante el perdon del Presidente de los Estados Unidos o del Gobernador de Puerto Rico, la Corte Suprema estará facultada para dejar sin efecto o modificar la orden de suspensión."

Reiteradamente hemos resuelto que tratándose de abogados, la depravación moral consiste en hacer algo contrario a la justicia, **a la honradez**, a los buenos principios o a la moral. In re: Ríos Ruiz, 129 D.P.R. 666 (1991); In re: Boscio Monllor, 116 D.P.R. 692 (1985); Morales Merced v. Tribunal Superior, 93 D.P.R. 423 (1966).

Es evidente que los delitos por los cuales el licenciado Colón Muñoz fue encontrado culpable, son contrarios a la honradez y a los buenos principios, y constituyen depravación moral.

Habiéndose presentado copia certificada de la sentencia condenatoria dictada por el foro federal, y luego del examen del expediente de dicho caso, en virtud de lo dispuesto por la ley citada, y conforme a nuestra facultad inherente para reglamentar el ejercicio de la abogacía y nuestros precedentes sobre el particular,[1] se decreta la separación indefinida del Lcdo. Ramiro Luis Colón Muñoz del ejercicio de la profesión y se ordena que se borre su nombre del Registro de Abogados.

Se dictará la sentencia correspondiente.

---

[1] In re: Castrillón Ramírez, Per Curiam del 19 de agosto de 1999, ___ D.P.R. ___; In re: Ríos Ruiz, supra; In re: Santiago Casanova, 122 D.P.R. 489 (1988); In re: Malavé Ortiz, 119 D.P.R. 492 (1987); In re: Rivera Cintrón, 114 D.P.R. 481 (1983).

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ramiro Luis Colón Muñoz                TS-3501

SENTENCIA

San Juan, Puerto Rico, a 27 de octubre de 1999.

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente sentencia, se decreta la separación indefinida del Lcdo. Ramiro Luis Colón Muñoz del ejercicio de la profesión y se ordena que se borre su nombre del Registro de Abogados.

Lo pronunció, manda el Tribunal y certifica la Subsecretaria del Tribunal Supremo. El Juez Presidente señor Andréu García, la Juez Asociada señora Naveira de Rodón y el Juez Asociado señor Corrada del Río no intervinieron.

Carmen E. Cruz Rivera
Subsecretaria del Tribunal Supremo